# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1236               **Short Title:** New York v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

The State of Colorado                                                                 as the

[ ] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [✔] respondent(s)       [ ] intervenor(s)

/s/ Shannon Stevenson                              3/10/2025
Signature                                          Date

Shannon Stevenson
Name

Colorado Department of Law                         (720) 508-6000
Firm Name (if applicable)                          Telephone Number

1300 Broadway, 10th Floor                          (720) 508-6030
Address                                            Fax Number

Denver, CO 80203                                   Shannon.Stevenson@coag.gov
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: 1215531

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes     Court of Appeals No. 25-1138

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).