# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-1236          **Short Title:** New York v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of California _____ as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Joshua Patashnik _____          03/10/2025 _____
Signature                                                         Date

Joshua Patashnik _____
Name

California Department of Justice ____          619-738-9628 _____
Firm Name (if applicable)                               Telephone Number

600 W. Broadway, Suite 1800 ____          _____
Address                                                         Fax Number

San Diego, CA  92101 _____          josh.patashnik@doj.ca.gov ____
City, State, Zip Code                                     Email (required)

Court of Appeals Bar Number: 1215775 ____

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes   Court of Appeals No. 25-1138 _____

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**.  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).