# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-1236                **Short Title:** State of New York v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

See attached sheet _____ as the

[✔] appellant(s)              [  ] appellee(s)              [  ] amicus curiae

[  ] petitioner(s)            [  ] respondent(s)            [  ] intervenor(s)


/s/ Daniel Tenny _____          March 10, 2025 _____
Signature                             Date

Daniel Tenny _____
Name

U.S. Department of Justice, Civil Division, Appellate Staff          202-514-1838 _____
Firm Name (if applicable)                                            Telephone Number

950 Pennsylvania Avenue NW, Room 7215          N/A _____
Address                                        Fax Number

Washington, DC 20530 _____          daniel.tenny@usdoj.gov _____
City, State, Zip Code                     Email (required)

Court of Appeals Bar Number: 1140199 _____


Has this case or any related case previously been on appeal?

[  ] No            [✔] Yes   Court of Appeals No. 25-1138 _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Parties Represented

Donald J. Trump, President of the United States

United States Office of Management and Budget

Director of the Office of Management and Budget

United States Department of the Treasury

Secretary of the Department of the Treasury

Treasurer of the United States

United States Department of Health and Human Services

Secretary of the Department of Health and Human Services

United States Department of Education

Secretary of the United States Department of Education

United States Department of Transportation

Secretary of the United States Department of Transportation

United States Department of Labor

Secretary of the United States Department of Labor

United States Department of Energy

Secretary of the United States Department of Energy

United States Environmental Protection Agency

Administrator of the United States Environmental Protection Agency

United States Department of the Interior

Secretary of the United States Department of the Interior

United States Department of Homeland Security

Secretary of the United States Department of Homeland Security

United States Department of Justice

Attorney General of the United States Department of Justice

National Science Foundation

Director of the National Science Foundation

United States Department of Agriculture

Secretary of the United States Department of Agriculture

United States Department of Housing and Urban Development

Secretary of the United States Department of Housing and Urban Development

United States Department of State

Secretary of the United States Department of State

United States Agency for International Development

Administration of the United States Agency for International Development

United States Department of Defense

Secretary of the United States Department of Defense

United States Department of Veterans Affairs

Secretary of the United States Department of Veterans Affairs

United States Department of Commerce

Secretary of the Department of Commerce

National Aeronautics and Space Administration

Administrator of the National Aeronautics and Space Administration

Corporation for National and Community Service

Head of the Corporation for National and Community Service

United States Social Security Administration

Commissioner of the Social Security Administration

United States Small Business Administration

Administrator of the United States Small Business Administration