# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-1236         Short Title: New York et al v. Trump et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Vermont                                                                 as the

[ ] appellant(s)          [✓] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Jonathan Rose  
Signature

March 11, 2025  
Date

Jonathan Rose  
Name

Vermont Attorney General's Office  
Firm Name (if applicable)

802-793-1646  
Telephone Number

109 State Street  
Address

802-828-3187  
Fax Number

Montpelier, VT  05609  
City, State, Zip Code

jonathan.rose@vermont.gov  
Email (required)

Court of Appeals Bar Number: 1215541

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.**  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).