# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

No. 25-1236    **Short Title:** State of New York v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Michigan                                                                                      as the

[ ] appellant(s)        [✓] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

/s/ Neil Giovanatti                              03/11/2025
Signature                                         Date

Neil Giovanatti
Name

Michigan Department of Attorney General          (517) 335-7603
Firm Name (if applicable)                         Telephone Number

P.O. Box 30758                                    (517) 335-1152
Address                                           Fax Number

Lansing, MI 48909                                 giovanattin@michigan.gov
City, State, Zip Code                             Email (required)

Court of Appeals Bar Number: 1215368

Has this case or any related case previously been on appeal?

[ ] No        [✓] Yes    Court of Appeals No. 25-1138

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).