# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-1236          **Short Title:** State of New York, et al v. Tru

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Oregon _____ as the

[  ] appellant(s)          [✔] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)


/s/ Robert A. Koch _____          March 11, 2025 _____
Signature                                                                    Date

Robert A. Koch _____
Name

Oregon Department of Justice _____          503-378-4402 _____
Firm Name (if applicable)                                    Telephone Number

1162 Court Street _____          503-378-6306 _____
Address                                                                      Fax Number

Salem, OR 97301 _____          robert.a.koch@doj.oregon.gov _____
City, State, Zip Code                                        Email (required)

Court of Appeals Bar Number: _____


Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No._____
===============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).