# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1236    **Short Title:** State of New York v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>State of North Carolina</u> as the

[ ] appellant(s)    [✔] appellee(s)    [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

<u>/s/ Daniel P. Mosteller</u>    <u>3/11/2025</u>
Signature    Date

<u>Daniel P. Mosteller</u>
Name

<u>N.C. Department of Justice</u>    <u>919-716-6026</u>
Firm Name (if applicable)    Telephone Number

<u>PO Box 629</u>    _____
Address    Fax Number

<u>Raleigh, NC 27703</u>    <u>dmosteller@ncdoj.gov</u>
City, State, Zip Code    Email (required)

Court of Appeals Bar Number: <u>1215539</u>

Has this case or any related case previously been on appeal?

[ ] No    [✔] Yes    Court of Appeals No. <u>25-1138</u>

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).