# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1236    **Short Title:** New York, et al. v. Trump, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Maryland    as the

[ ] appellant(s)    [✔] appellee(s)    [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

/s/ Adam Kirschner
Signature

March 11, 2025
Date

Adam Kirschner
Name

Office of the Attorney General for Maryland
Firm Name (if applicable)

410-576-6424
Telephone Number

200 Saint Paul Place, 20th Floor
Address

Fax Number

Baltimore, MD 21202
City, State, Zip Code

akirschner@oag.state.md.us
Email (required)

Court of Appeals Bar Number: 1132134

Has this case or any related case previously been on appeal?

[ ] No    [✔] Yes    Court of Appeals No. 25-1138

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).