No. 25-1236

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

STATE OF NEW YORK, et al.,

*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, et al.,

*Defendants-Appellants*.

*On Appeal from the United States District Court
for the District of Rhode Island*

## MOTION OF CONSTITUTIONAL ACCOUNTABILITY CENTER FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN OPPOSITION TO APPELLANTS' EMERGENCY MOTION FOR A STAY

Movant Constitutional Accountability Center hereby requests leave under Federal Rule of Appellate Procedure 29(a)(3) to file an *amicus curiae* brief in opposition to Appellants' Emergency Motion for a Stay Pending Appeal. The brief is attached as an exhibit to this motion. In support of its motion, *amicus* states as follows:

1.      Constitutional Accountability Center (CAC) is a think tank and public interest law firm dedicated to fulfilling the progressive promise of the Constitution's text and history. CAC works to improve understanding of the Constitution and accordingly has an interest in this case.

2.      CAC has filed *amicus* briefs in the Supreme Court and other courts, addressing Congress's plenary power of the purse, including its control over spending and the appropriations process. *See, e.g.*, Brief of Professors of History and Constitutional Law as *Amici Curiae* in Support of Petitioners, *CFPB v. Cmty. Fin. Servs. Ass'n of Am.*, No. 22-448 (U.S. filed May 15, 2023); Brief of *Amici Curiae* Members of Congress in Support of Plaintiffs-Appellees, *City and County of San Francisco v. Barr*, No. 18-17308 (9th Cir. filed May 29, 2019); Brief of Members of Congress as *Amici Curiae* in Support of Plaintiffs-Appellees, *City of Evanston v. Barr*, No. 19-3358 (7th Cir. filed Apr. 27, 2020); Brief of Constitutional Accountability Center as *Amicus Curiae* in Support of Plaintiffs' Motion for Preliminary Injunction, *AIDS Vaccine Advoc. Coal. v. U.S. Dep't of State*, No. 25-cv-400 (D.D.C. filed Feb. 19, 2025). Accordingly, CAC has developed expertise relevant to the issue of the suspension of federal funding, and its brief provides a unique historic perspective and more detail than the parties can provide.

3.      The attached brief explains that the Framers of the Constitution, seeking to mitigate the risk of a tyrannical President, vested control of appropriations and spending in Congress. The brief also explains that longstanding precedent affirms that the executive branch has no authority to defy the will of Congress by refusing to execute duly enacted laws requiring the disbursement of federal funding.

4.      All parties consent to the filing of this brief.

2

WHEREFORE, movant respectfully requests leave to file the accompanying

*amicus curiae* brief.


Respectfully submitted,

/s/ Brianne J. Gorod
Elizabeth B. Wydra
Brianne J. Gorod
Miriam Becker-Cohen
Nina G. Henry
CONSTITUTIONAL
   ACCOUNTABILITY CENTER
1200 18th Street NW, Suite 501
Washington, D.C. 20036
(202) 296-6889
brianne@theusconstitution.org

*Counsel for Amicus Curiae*

Dated: March 17, 2025

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system on March 17, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Executed this 17th day of March, 2025.

/s/ Brianne J. Gorod
Brianne J. Gorod

*Counsel for Amicus Curiae*