# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1236     **Short Title:** New York v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Illinois                                                                                                    as the

[ ] appellant(s)     [✔] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)   [ ] intervenor(s)

s/ Alex Hemmer                                              March 17, 2025
Signature                                                        Date

Alex Hemmer
Name

Office of the Illinois Attorney General         (312) 814-5526
Firm Name (if applicable)                              Telephone Number

115 S. LaSalle St.
Address                                                             Fax Number

Chicago, IL 60603                                           alex.hemmer@ilag.gov
City, State, Zip Code                                        Email (required)

Court of Appeals Bar Number: 1188278

Has this case or any related case previously been on appeal?

[ ] No     [✔] Yes   Court of Appeals No. 25-1138

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).