# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  <u>State of New York et al. v. Trump et al.</u>
District Court Case No.  <u>1:25-cv-39</u>       District of <u>Rhode Island</u>
Date Notice of Appeal filed  <u>March 10, 2025</u>    Court of Appeals Case No.  <u>25-1236</u>
Form filed on behalf of  <u>Defendants-appellants</u>

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal  _____
Transcript Already Filed in District Court.  List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)  <u>Dkt. No. 164, transcript for preliminary injunction hearing held on February 21, 2025</u>

## TRANSCRIPT ORDER

Name of Court Reporter  _____
Phone Number of Reporter  _____

A.  _____  **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

NOTE:  Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.  _____  **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.
☐ Government expense (civil case).  IFP status has been granted and a motion for transcript at government expense has been allowed.  (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act.  A CJA Form 24 has been approved by the <u>district court</u> judge.
☐ Criminal Justice Act.  A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  <u>Sean R. Janda</u>        Filer's Signature  <u>/s/ Sean R. Janda</u>
Firm/Address  <u>U.S. Department of Justice</u>   Filer's Email address  <u>sean.r.janda@usdoj.gov</u>
Telephone number  <u>202-514-3388</u>       Date mailed to court reporter  <u>N/A</u>

(Court Reporter Use ONLY) Date received  _____

Form CA1-10 (6/09/09)                                  SEE INSTRUCTIONS ON REVERSE