# United States Court of Appeals
## For the First Circuit

**DOCKETING STATEMENT**

**No.** 25-1236        **Short Title:** State of New York v. Trump

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from  March 6, 2025
   2. Date this notice of appeal filed  March 10, 2025
      If cross appeal, date first notice of appeal filed _____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
   4. Date of entry of order deciding above post-judgment motion _____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
      Time extended to _____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?   [ ] Yes   [✓] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?   [ ] Yes   [✓] No
         If yes, explain _____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?   [✓] Yes   [ ] No
         If yes, explain  Order granting preliminary injunction, see 28 U.S.C. 1292(a)(1)

C. Has this case previously been appealed?   [✓] Yes   [ ] No
   If yes, give the case name, docket number and disposition of each prior appeal
   State of New York v. Trump, No. 25-1138 voluntarily dismissed

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?   [ ] Yes   [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
   If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party  See attached
      Attorney
      Address
      Telephone

   2. Adverse party
      Attorney
      Address
      Telephone

   3. Adverse party
      Attorney
      Address
      Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name  See attached
      Address
      Telephone

      Attorney's name
      Firm
      Address
      Telephone

   2. Appellant's name
      Address
      Telephone

      Attorney's name
      Firm
      Address
      Telephone

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Case: 25-1236   Document: 00118262186   Page: 3   Date Filed: 03/21/2025   Entry ID: 6708191

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Sean R. Janda
Date  March 21, 2025

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Sean R. Janda
Date  March 21, 2025

Case: 25-1236   Document: 00118262186   Page: 3   Date Filed: 03/21/2025   Entry ID: 6708191

**F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.**

1. Adverse party: State of New York

Attorneys: Colleen K. Faherty; Mark Stephen Grube; Zoe Levine; Rabia Muqaddam; Michael J. Myers; Molly Thomas-Jensen; Judith Vale

Address: 28 Liberty Street; New York, NY 10005

Telephone: 212-416-6046


2. Adverse party: State of California

Attorneys: Christine Chuang; Laura Faer; Nicholas R. Green; Lara Haddad; Christopher J. Kissel; Marie E. Logan; Theodore McCombs; Carly J. Munson; Joshua Patashnik; Kenneth J. Sugarman

Address: 455 Golden Gate Avenue; San Francisco, CA 94102

Telephone: 415-510-3525


3. Adverse party: State of Illinois

Attorneys: Alex Hemmer; Robert Hanry Weaver

Address: 115 S. LaSalle Street, 23rd Floor; Chicago, IL 60603

Telephone: 312-814-5526


4. Adverse party: State of Rhode Island

Attorneys: Leonard Giarrano IV; Sarah Rice; Kathryn M. Sabatini

Address: 150 S. Main Street; Providence, RI 02903

Telephone: 401-274-4400

5. Adverse party: State of New Jersey

Attorneys: Angela Cai; Shankar Duraiswamy; Jeremy Feigenbaum

Address: 25 Market Street, 8th Floor; Trenton, NJ 08625

Telephone: 609-414-5954

6. Adverse party: Commonwealth of Massachusetts

Attorneys: Vanessa Arslanian; Katherine B. Dirks; Nathaniel J. Hyman; Julia Jonas-Day; Anna Esther Lumelsky; Chris Pappavaselio; Turner Smith

Address: 1 Ashburton Place, 20th Floor; Boston, MA 02108

Telephone: 617-963-2107

7. Adverse party: State of Arizona

Attorneys: Nathan T. Arrowsmith; Joshua Bendor

Address: 2005 N. Central Avenue; Phoenix, AZ 85004

Telephone: 602-542-8958

8. Adverse party: State of Colorado

Attorneys: Shannon Wells Stevenson

Address: 1300 Broadway, 10th Floor; Denver, CO 80203

Telephone: 720-508-6749

9. Adverse party: State of Connecticut

Attorneys: Jill Lacedonia; Michael Kenneth Skold

Address: 165 Capitol Avenue; Hartford, CT 06106

Telephone: 860-808-5386

10. Adverse party: State of Delaware

Attorneys: Vanessa L. Kassab; Ian R. Liston

Address: 820 North French Street; Wilmington, DE 19801

Telephone: 302-683-8881

11. Adverse party: District of Columbia

Attorneys: Andrew C. Mendrala

Address: 400 6th Street NW; Washington, DC 20001

Telephone: 202-724-9726

12. Adverse party: State of Hawaii

Attorneys: David D. Day; Kalikoonalani Diara Fernandes

Address: 425 Queen Street; Honolulu, HI 96813

Telephone: 808-586-1284

13. Adverse party: State of Maine

Attorneys: Jason David Anton

Address: 6 State House Station; Augusta, ME 04333

Telephone: 207-287-3145

14. Adverse party: State of Maryland

Attorneys: Adam D. Kirschner

Address: 200 St. Paul Place; Baltimore, MD 21202

Telephone: 410-576-6424

15. Adverse party: State of Michigan

Attorneys: Linus Banghart-Linn; Neil Giovanatti

Address: 525 W. Ottawa Street, P.O. Box 30758; Lansing, MI 48909

Telephone: 517-281-6677

16. Adverse party: State of Minnesota

Attorneys: Elizabeth C. Kramer

Address: 455 Minnesota Street, Suite 600; St. Paul, MN 55101

Telephone: 651-757-1010

17. Adverse party: State of Nevada

Attorneys: Heidi Parry Stern

Address: 1 State of Nevada Way, Suite 100; Las Vegas, NV 89119

Telephone: 702-486-3594

18. Adverse party: State of North Carolina

Attorneys: Daniel Paul Mosteller

Address: P.O. Box 629; Raleigh, NC 27602

Telephone: 919-716-6026

19. Adverse party: State of New Mexico

Attorneys: Anjana Samant

Address: 408 Galisteo Street; Santa Fe, NM 87501

Telephone: 505-270-4332

20. Adverse party: State of Oregon

Attorneys: Christina L. Beatty-Walters; Robert A. Koch

Address: 100 SW Market Street; Portland, OR 97201

Telephone: 971-673-1880

21. Adverse party: State of Vermont

Attorneys: Jonathan T. Rose

Address: 109 State Street; Montpelier, VT 05609

Telephone: 802-793-1646

22. Adverse party: State of Washington

Attorneys: Leah Brown; Andrew R.W. Hughes

Address: 800 5th Avenue, Suite 2000; Seattle, WA 98104

Telephone: 206-233-3391

23. Adverse party: State of Wisconsin

Attorneys: Aaron Bibb

Address: 17 W. Main Street, P.O. Box 7857; Madison, WI 53707

Telephone: 608-266-0810

24. Adverse party: Andrew Beshear, Office of the Governor of Kentucky

Attorneys: Steven Travis Mayo; Taylor Payne; Laura Crittenden Tipton

Address: 700 Capital Avenue, Suite 118; Frankfort, KY 40601

Telephone: 502-564-2611

**G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.**

1. Appellant's name: Donald J. Trump, President of the United States

Address: 1600 Pennsylvania Avenue NW; Washington, DC 20500

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW; Washington, DC 20530

Telephone: 202-514-3388

2. Appellant's name: United States Office of Management and Budget; Director of the Office of Management and Budget

Address: 727 17th Street NW; Washington, DC 20503

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW; Washington, DC 20530

Telephone: 202-514-3388

3. Appellant's name: United States Department of the Treasury; Secretary of the Department of the Treasury; Treasurer of the United States

Address: 1500 Pennsylvania Avenue NW; Washington, DC 20220

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW; Washington, DC 20530

Telephone: 202-514-3388

4. Appellant's name: United States Department of Health and Human Services; Secretary of the Department of Health and Human Services

Address: 200 Independence Avenue SW; Washington, DC 20201

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW; Washington, DC 20530

Telephone: 202-514-3388

5. Appellant's name: United States Department of Education; Secretary of the United States Department of Education

Address: 400 Maryland Avenue SW; Washington, DC 20202

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW; Washington, DC 20530

Telephone: 202-514-3388

6. Appellant's name: United States Department of Transportation; Secretary of the United States Department of Transportation

Address: 1200 New Jersey Avenue SE; Washington, DC 20590

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW; Washington, DC 20530

Telephone: 202-514-3388

7. Appellant's name: United States Department of Labor; Secretary of the United States Department of Labor

Address: 200 Constitution Avenue NW; Washington, DC 20210

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW; Washington, DC 20530

Telephone: 202-514-3388

8. Appellant's name: United States Department of Energy; Secretary of the United States Department of Energy

Address: 1000 Independence Avenue SW; Washington, DC 20585

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW; Washington, DC 20530

Telephone: 202-514-3388

9. Appellant's name: United States Environmental Protection Agency; Administrator of the United States Environmental Protection Agency

Address: 1200 Pennsylvania Avenue NW; Washington, DC 20460

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW; Washington, DC 20530

Telephone: 202-514-3388

10. Appellant's name: United States Department of the Interior; Secretary of the United States Department of the Interior

Address: 1849 C Street NW; Washington, DC 20240

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW; Washington, DC 20530

Telephone: 202-514-3388

11. Appellant's name: United States Department of Homeland Security; Secretary of the United States Department of Homeland Security

Address: 2707 Martin Luther King Jr. Avenue SE; Washington, DC 20528

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW; Washington, DC 20530

Telephone: 202-514-3388

12. Appellant's name: United States Department of Justice; Attorney General of the United States Department of Justice

Address: 950 Pennsylvania Avenue NW; Washington, DC 20530

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW; Washington, DC 20530

Telephone: 202-514-3388

13. Appellant's name: National Science Foundation; Director of the National Science Foundation

Address: 2415 Eisenhower Avenue; Alexandria, VA 22314

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW; Washington, DC 20530

Telephone: 202-514-3388

14. Appellant's name: United States Department of Agriculture; Secretary of the United States Department of Agriculture

Address: 1400 Independence Avenue SW; Washington, DC 20250

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW; Washington, DC 20530

Telephone: 202-514-3388

15. Appellant's name: United States Department of Housing and Urban Development; Secretary of the United States Department of Housing and Urban Development

Address: 451 7th Street SW; Washington, DC 20410

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW; Washington, DC 20530

Telephone: 202-514-3388

16. Appellant's name: United States Department of State; Secretary of the United States Department of State

Address: 2201 C Street NW; Washington, DC 20520

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW; Washington, DC 20530

Telephone: 202-514-3388

17. Appellant's name: United States Agency for International Development; Administrator of the United States Agency for International Development

Address: 1300 Pennsylvania Avenue NW; Washington, DC 20004

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW; Washington, DC 20530

Telephone: 202-514-3388

18. Appellant's name: United States Department of Defense; Secretary of the United States Department of Defense

Address: 1000 Defense Pentagon; Washington, DC 20301

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW; Washington, DC 20530

Telephone: 202-514-3388

19. Appellant's name: United States Department of Veterans Affairs; Secretary of the United States Department of Veterans Affairs

Address: 810 Vermont Avenue NW; Washington, DC 20420

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW; Washington, DC 20530

Telephone: 202-514-3388

20. Appellant's name: United States Department of Commerce; Secretary of the Department of Commerce

Address: 1401 Constitution Avenue NW; Washington, DC 20230

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW; Washington, DC 20530

Telephone: 202-514-3388

21. Appellant's name: National Aeronautics and Space Administration; Administrator of the National Aeronautics and Space Administration

Address: 300 E Street SW; Washington, DC 20546

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW; Washington, DC 20530

Telephone: 202-514-3388

22. Appellant's name: Corporation for National and Community Service; Head of the Corporation for National and Community Service

Address: 250 E Street NW; Washington, DC 20525

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW; Washington, DC 20530

Telephone: 202-514-3388

23. Appellant's name: United States Social Security Administration; Commissioner of the Social Security Administration

Address: 1500 Woodlawn Drive; Woodlawn, MD 21241

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW; Washington, DC 20530

Telephone: 202-514-3388

24. Appellant's name: United States Small Business Administration; Administrator of the United States Small Business Administration

Address: 409 3rd Street SW; Washington, DC 20416

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW; Washington, DC 20530

Telephone: 202-514-3388