# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-1236     **Short Title:** State of New York v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>State of Rhode Island</u> as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

<u>/s/ Leonard Giarrano IV</u>     <u>March 21, 2025</u>
Signature     Date

<u>Leonard Giarrano IV</u>
Name

<u>Rhode Island Attorney General Office</u>     <u>401-274-4400 ext. 2062</u>
Firm Name (if applicable)     Telephone Number

<u>150 South Main Street</u>     <u>401-222-3016</u>
Address     Fax Number

<u>Providence, RI 02903</u>     <u>lgiarrano@riag.ri.gov</u>
City, State, Zip Code     Email (required)

Court of Appeals Bar Number: <u>1215518</u>

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes     Court of Appeals No. <u>25-1138</u>

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).