# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-1236     **Short Title:** State of New York v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Office of the Governor, ex rel. Andy Beshear in his official capacity as Governor of the Commonwealt of Kentucky   as the

[ ] appellant(s)           [✓] appellee(s)           [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)         [ ] intervenor(s)

/s/ S. Travis Mayo
Signature

03/24/2025
Date

Steven Travis Mayo
Name

Office of the Governor
Firm Name (if applicable)

(502) 564-2611
Telephone Number

700 Capitol Ave., Suite 106
Address

Fax Number

Frankfort, KY, 40601
City, State, Zip Code

travis.mayo@ky.gov
Email (required)

Court of Appeals Bar Number: 1215986

Has this case or any related case previously been on appeal?

[✔] No           [ ] Yes   Court of Appeals No. ____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).