# United States Court of Appeals
## For the First Circuit

_____

No. 25-1236

STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF
RHODE ISLAND; STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS;
STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF
DELAWARE; THE DISTRICT OF COLUMBIA; STATE OF HAWAI'I; OFFICE OF THE
GOVERNOR ex rel. Andy Beshear, in his official capacity as Governor of the
COMMONWEALTH OF KENTUCKY; STATE OF MAINE; STATE OF MARYLAND;
STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW
MEXICO; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF VERMONT;
STATE OF WASHINGTON; and STATE OF WISCONSIN,

Plaintiffs, Appellees,

v.

DONALD TRUMP, in his official capacity as President of the United States; U.S. OFFICE OF
MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his official capacity as Director of
the U.S. Office of Management and Budget; U.S. DEPARTMENT OF THE TREASURY;
SCOTT BESSENT, in his official capacity as Secretary of the Treasury; PATRICIA COLLINS,
in her official capacity as Treasurer of the United States; U.S. DEPARTMENT OF HEALTH
AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary
of Health and Human Services; U.S. DEPARTMENT OF EDUCATION; LINDA MCMAHON,
in her official capacity as Secretary of Education; U.S. DEPARTMENT OF
TRANSPORTATION; SEAN DUFFY, in his official capacity as Secretary of Transportation;
U.S. DEPARTMENT OF LABOR; LORI CHAVEZ-DEREMER, in her official capacity as
Secretary of Labor*; U.S. DEPARTMENT OF ENERGY; CHRISTOPHER WRIGHT, in his
official capacity as Secretary of Energy; U.S. ENVIRONMENTAL PROTECTION AGENCY;
LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection
Agency; U.S. DEPARTMENT OF THE INTERIOR; DOUGLAS BURGUM, in his official
capacity as Secretary of the Interior; U.S. DEPARTMENT OF HOMELAND SECURITY;
KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S.
DEPARTMENT OF JUSTICE; PAMELA BONDI, in her official capacity as Attorney General;
THE NATIONAL SCIENCE FOUNDATION; DR. SETHURAMAN PANCHANATHAN, in
his official capacity as Director of the National Science Foundation; U.S. DEPARTMENT OF
AGRICULTURE; BROOKE ROLLINS, in her official capacity as Secretary of Agriculture;
U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; ERIC SCOTT
TURNER, in his official capacity as Secretary of Housing and Urban Development; U.S.
DEPARTMENT OF STATE; U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT;
MARCO RUBIO, in his official capacities as Secretary of State and Acting Administrator of the
U.S. Agency for International Development; U.S. DEPARTMENT OF DEFENSE;

PETER HEGSETH, in his official capacity as Secretary of Defense; U.S. DEPARTMENT OF VETERANS AFFAIRS; DOUG COLLINS, in his official capacity as Secretary of Veterans Affairs; U.S. DEPARTMENT OF COMMERCE; HOWARD LUTNICK, in his official capacity as Secretary of Commerce; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JANET PETRO in her official capacity as Acting Administrator of National Aeronautics and Space Administration; CORPORATION FOR NATIONAL AND COMMUNITY SERVICE; JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Head of the Corporation for National and Community Service; U.S. SOCIAL SECURITY ADMINISTRATION; LELAND DUDEK, in his official capacity as Acting Commissioner of U.S. Social Security Administration; U.S. SMALL BUSINESS ADMINISTRATION; KELLY LOEFFLER, in her official capacity as Administrator of U.S. Small Business Administration; U.S. FEDERAL EMERGENCY MANAGEMENT AGENCY; and CAMERON HAMILTON, in his official capacity as Acting Administrator of the U.S. Federal Emergency Management Agency,

Defendants, Appellants.

_____

Before

Barron, Chief Judge,
Montecalvo and Rikelman, Circuit Judges.

_____

**ORDER OF COURT**
Entered: March 26, 2025

In accordance with the opinion of even date, the appellants' motion for a stay pending appeal of the District Court's preliminary injunction is denied.

The proposed amicus curiae briefs are accepted this day.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Hon. John J. McConnell, Hanorah Tyer-Witek, Clerk, United States District Court for the District of Rhode Island, Eric Dean McArthur, Daniel Tenny, Brett Allen Shumate, Daniel S. Schwei, Brian James Springer, Sean Janda, Andrew F. Freidah, Eitan R. Sirkovich, Rubin Young, Freedom Cheteni, Michael J. Myers, Rabia Muqaddam, Mark Stephen Grube, Colleen K. Faherty, Molly Thomas-Jensen, Zoe Levine, Judith Vale, Christine Chuang, Christopher J. Kissel, Kenneth J. Sugarman, Lara Haddad, Marie E. Logan, Nicholas R. Green, Theodore McCombs, Laura Faer, Carly J. Munson, Joshua Patashnik, Alex Hemmer, Robert Henry Weaver, Kathryn M. Sabatini,

Sarah Rice, Leonard Giarrano IV, Jeremy Feigenbaum, Angela Cai, Shankar Duraiswamy, Katherine B. Dirks, Turner Smith, Anna Esther Lumelsky, Vanessa Arslanian, Nathaniel J. Hyman, Chris Pappavaselio, Julia Jonas-Day, Joshua Bendor, Nathan T. Arrowsmith, Shannon Wells Stevenson, Jill Lacedonia, Michael Kenneth Skold, Vanessa L. Kassab, Ian R. Liston, Caroline S. Van Zile, Andrew C. Mendrala, David D. Day, Kalikoonalani Diara Fernandes, Jason David Anton, Adam D. Kirschner, Neil Giovanatti, Linus Banghart-Linn, Elizabeth C. Kramer, Heidi Parry Stern, Daniel Paul Mosteller, Anjana Samant, Robert A. Koch, Jonathan T. Rose, Andrew R.W. Hughes, Leah Brown, Aaron Bibb, Arthur West, Freedom Cheteni, Cody R. Hart, Derrill J. Fussell, Anne Armstrong, Laura Crittenden Tipton, Steven Travis Mayo, Taylor Payne, Matthew F. Kuhn, Brianne J. Gorod, Brandon Scott Bell, Nathan Jeremiah Moelker, Olivia F. Summers