# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-1236          **Short Title:** State of New York v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Washington _____ as the

[  ] appellant(s)          [✔] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

/s/ Andrew R.W. Hughes _____          March 27, 2025 _____
Signature                                                       Date

Andrew R.W. Hughes _____
Name

Washington State Office of the Attorney General          (206) 464-7744 _____
Firm Name (if applicable)                                                       Telephone Number

800 Fifth Ave., Ste. 2000 _____          N/A _____
Address                                                       Fax Number

Seattle, WA 98104-3188 _____          Andrew.Hughes@atg.wa.gov _____
City, State, Zip Code                                                       Email (required)

Court of Appeals Bar Number: 1215542 _____

Has this case or any related case previously been on appeal?

[  ] No          [✔] Yes   Court of Appeals No. 25-1138 _____

=====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).