# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1236     **Short Title:** New Jersey v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Hawaii                                                                  as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ David D. Day                                    March 28, 2025
Signature                                           Date

David D. Day
Name

Department of the Attorney General, State of Hawaii     (808) 586-1284
Firm Name (if applicable)                               Telephone Number

425 Queen Street                                        (808) 586-1239
Address                                                 Fax Number

Honolulu, Hawaii 96813                                  david.d.day@hawaii.gov
City, State, Zip Code                                   Email (required)

Court of Appeals Bar Number: 1215535

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes     Court of Appeals No. 25-1170

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).