# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1236          **Short Title:** New York v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Connecticut                                                                                      as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Jill Lacedonia                                    4/23/2025
Signature                                             Date

Jill Lacedonia
Name

Connecticut Office of the Attorney General          860-808-5250
Firm Name (if applicable)                            Telephone Number

165 Capitol Avenue                                   860-808-5386
Address                                              Fax Number

Hartford, CT 06106                                   Jill.Lacedonia@ct.gov
City, State, Zip Code                                Email (required)

Court of Appeals Bar Number: 1215532

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes    Court of Appeals No. 25-1138

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).