# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1236          **Short Title:** New York v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Wisconsin _____ as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

s/ Aaron J. Bibb _____          4-23-2025 _____
Signature                                                              Date

Aaron J. Bibb _____
Name

Wisconsin Department of Justice _____          (608) 266-0810 _____
Firm Name (if applicable)                                      Telephone Number

17 West Main Street _____          (608) 294-2907 _____
Address                                                                  Fax Number

Madison, WI 53701 _____          aaron.bibb@wisdoj.gov _____
City, State, Zip Code                                          Email (required)

Court of Appeals Bar Number: 1215544 _____

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes   Court of Appeals No. 25-1138 _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).