## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, amici curiae states that no party to this brief is a publicly held corporation, issues stock, or has a parent corporation.