In the United States Court of Appeals
for the First Circuit

Nos. 25-1236, 25-1413

STATE OF NEW YORK, *et al.*,

*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants-Appellants*.

## Motion of Samuel R. Bagenstos to File a Brief as *Amicus Curiae* in Support of Appellees

Pursuant to Fed. R. App. P. 29(b), Samuel R. Bagenstos moves to file the attached brief as *amicus curiae* in support of the appellees in this matter. In support of this motion, *Amicus* states as follows:

1. This case raises a number of issues, including whether Defendants unconstitutionally impounded funds by implementing an across-the-board freeze of congressionally created grant programs.

2. The impoundment question is legally complex, because it involves the intersection between the President's constitutional duty to take care that the laws be faithfully executed and his authority to manage Executive Branch administration of spending programs created by Congress.

3. The attached brief attempts to disentangle the complexities of the legal issues surrounding impoundment. It argues, consistent with basic constitutional principles reaffirmed by Congress in framework legislation, that the Executive Branch may not pause spending based on a disagreement with a policy adopted by Congress in its appropriations laws. Nor may the Executive Branch pause spending in order to

i

determine whether the President agrees with the policy adopted by Congress in those laws. The Executive Branch may, however, pause spending for a brief period to determine how to exercise discretion within the space Congress has left the President to make policy. The brief argues that the district court's preliminary injunction was fully consistent with these principles.

4. *Amicus* is well positioned to address these issues. From 2021 to 2022, *Amicus* served as the General Counsel to the federal Office of Management and Budget. And from 2022 to 2024, *Amicus* served as the General Counsel to the U.S. Department of Health and Human Services. *Amicus* is an expert in budget and appropriations law.

For the foregoing reasons, the court should grant the motion to file the attached *amicus* brief.

Respectfully submitted,

/s/ Samuel R. Bagenstos
Samuel R. Bagenstos
625 S. State St.
Ann Arbor, MI  48109
(857)231-1663
sbagen@gmail.com
*Counsel for Amicus Curiae*
