IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>    Plaintiffs-Appellees,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    Defendants-Appellants. | No. 25-1236 |
| STATE OF NEW YORK, et al.,<br><br>    Plaintiffs-Appellees,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    Defendants-Appellants. | No. 25-1413 |

**UNOPPOSED MOTION FOR 14-DAY EXTENSION
OF TIME TO FILE REPLY BRIEF**

Pursuant to Federal Rule of Appellate Procedure 27, the government respectfully moves for a 14-day extension of time, to and including August 22, 2025, in which to file its reply brief in these consolidated appeals. Plaintiffs consent to this motion.

1. This case involves a January 27, 2025, memorandum issued by the Office of Management and Budget (OMB) requiring federal agencies to review federal financial assistance programs for consistency with the President's policies. While that review was ongoing, agencies were to temporarily pause funding implicated by certain Executive Orders to the extent allowed under applicable law. On January 29, 2025, OMB rescinded the memorandum.

In this lawsuit filed by plaintiff States, the district court entered a preliminary injunction on March 6, 2025. *See* Dkt. No. 161. The court enjoined the government defendants from "reissuing, adopting, implementing, giving effect to, or reinstating under a different name the directives in [the OMB memorandum] with respect to the disbursement and transmission of appropriated federal funds to the States under awarded grants, executed contracts, or other executed financial obligations." *Id.* at 44. The court also enjoined the government defendants from "pausing, freezing, blocking, canceling, suspending, terminating, or otherwise impeding the disbursement of appropriated federal funds to the States under awarded grants, executed contracts, or other executed financial obligations based on the OMB [memorandum]," including "funding freezes dictated, described, or implied by Executive Orders issued by the President before rescission of the OMB [memorandum] or any other materially similar order, memorandum, directive, policy, or practice under which the federal government imposes or applies a categorical pause or freeze of funding appropriated

by Congress." *Id.* The government's appeal of the preliminary injunction is docketed as No. 25-1236.

Plaintiffs moved to enforce the preliminary injunction as to certain funding administered by the Federal Emergency Management Agency. The district court granted the motion on April 4, 2025. *See* Dkt. No. 175. The court denied reconsideration on April 14, 2025. *See* Dkt. No. 182. The government's appeal of the district court's order is docketed as No. 25-1413. This Court consolidated the two appeals.

2. The government filed its consolidated opening brief and appendix on May 27, 2025. Plaintiffs filed their consolidated response brief on July 18, 2025. The government's consolidated reply brief is currently due on August 8, 2025. The government has not previously requested an extension of the reply brief deadline.

3. The government respectfully requests a 14-day extension of time, to and including August 22, 2025, in which to file its reply brief in these consolidated appeals. The requested extension is necessary in light of government counsel's other appellate deadlines. Brian J. Springer and Sean R. Janda have principal responsibility for preparing the government's reply brief in this case. Mr. Springer also has principal responsibility for a number of other appellate matters with upcoming deadlines, including: *Massachusetts Fair Housing Center v. Department of Housing and Urban Development*, No. 25-1368 (1st Cir.) (oral argument scheduled July 30); *Woonasquatucket River Watershed Council v. U.S. Dep't of Agriculture*, No. 25-1428 (1st Cir.) (opening brief

3

due August 6); *U.S. Sportsmen's Alliance v. Centers for Disease Control and Prevention*, No. 25-1473 (6th Cir.) (response brief due August 28); and *Amica Center for Immigrant Rights v. DOJ*, No. 25-5254 (D.C. Cir.) (response brief due under parties' proposed expedited schedule August 29). Mr. Janda similarly has ongoing responsibility for a number of other appellate matters with recent and upcoming deadlines, including: *CREW v. OMB*, Nos. 25-5266, 25-5267 (D.C. Cir.) (emergency stay motion filed July 23; emergency stay reply filed July 28); *Woonasquatucket River Watershed Council v. U.S. Dep't of Agriculture*, No. 25-1428 (1st Cir.) (opening brief due August 6); *California v. ATF*, No. 24-2701 (9th Cir.) (opening brief due August 29); and *Amica Center for Immigrant Rights v. DOJ*, No. 25-5254 (D.C. Cir.) (response brief due under parties' proposed expedited schedule August 29).

Daniel Tenny has supervisory responsibility for the government's reply brief in this case. Mr. Tenny also has supervisory responsibility for the following matters with upcoming deadlines: *Woonasquatucket River Watershed Council v. U.S. Dep't of Agriculture*, No. 25-1428 (1st Cir.) (opening brief due August 6); *American Assoc. of Colleges for Teacher Educ. v. Secretary of Educ.*, No. 25-1281 (4th Cir.) (reply brief due August 6); *Bacard & Co. Ltd. v. PTO*, No. 25-1355 (4th Cir.) (response brief due August 8); *Battieste v. United States*, No. 25-60111 (5th Cir.) (response brief due August 11); *Vanda Pharmas. v. FDA*, No. 25-5041 (D.C. Cir.) (response brief due August 11); *Norwich Pharms. Inc. v. Secretary of HHS*, No. 23-5311 (D.C. Cir.) (response brief due August 13); *Chicago Women in Trades v. Trump*, No. 25-2144 (7th Cir.) (opening brief due

August 18); and *Amica Center for Immigrant Rights v. DOJ*, No. 25-5254 (D.C. Cir.) (response brief due under parties' proposed expedited schedule August 29).

4. Counsel for plaintiffs has authorized us to state that plaintiffs consent to this motion.

Respectfully submitted,

DANIEL TENNY

*/s/ Sean R. Janda*
SEAN R. JANDA
BRIAN J. SPRINGER
(202) 514-3388
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C. 20530

JULY 2025

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 812 words. This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in Garamond 14-point font, a proportionally spaced typeface.

/s/ *Sean R. Janda*
Sean R. Janda

# CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

                                               */s/ Sean R. Janda*
                                               Sean R. Janda