# United States Court of Appeals
## For the First Circuit

Nos. 25-1236
　　　25-1413

STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF RHODE ISLAND; STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NORTH CAROLINA; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN, OFFICE OF THE GOVERNOR OF KENTUCKY, ex rel. ANDREW BESHEAR, in their official capacity as Governor of the Commonwealth of Kentucky,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; U.S. OFFICE OF MANAGEMENT AND BUDGET; RUSSELL THURLOW VOUGHT, in their official capacity as Director of the U.S. Office of Management and Budget; U.S. DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in their official capacity as Secretary of the Treasury; PATRICIA COLLINS, in their official capacity as Treasurer of the U.S.; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in their official capacity as Secretary of the Department of Health and Human Services; U.S. DEPARTMENT OF EDUCATION; LINDA MCMAHON, in their official capacity as Secretary of Education; U.S. FEDERAL EMERGENCY MANAGEMENT AGENCY; CAMERON HAMILTON, in their official capacity as Acting Administrator of the U.S. Federal Emergency Management Agency; U.S. DEPARTMENT OF TRANSPORTATION; SEAN P. DUFFY, in their official capacity as Secretary of Transportation; U.S. DEPARTMENT OF LABOR; LORI CHAVEZ-DEREMER, in their official capacity as Secretary of Labor; U.S. DEPARTMENT OF ENERGY; CHRISTOPHER ALLEN WRIGHT, in their official capacity as Secretary of the U.S. Department of Energy; U.S. ENVIRONMENTAL PROTECTION AGENCY; LEE M. ZELDIN, in their official capacity as Administrator of the U.S. Environmental Protection Agency; U.S. DEPARTMENT OF THE INTERIOR ; DOUGLAS BURGUM, in their official capacity as Secretary of the Interior; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in their official capacity as Attorney General; NATIONAL SCIENCE FOUNDATION; DR. SETHURAMAN PANCHANATHAN, in their official capacity as Director of the National Science Foundation; U.S. DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in their official capacity as Secretary of Agriculture; U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT; SCOTT

TURNER, in their official capacity as Secretary of Housing and Urban Development; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in their official capacities as Secretary of State and Acting Administrator of the United States Agency for International Development; US AGENCY FOR INTERNATIONAL DEVELOPMENT; U.S. DEPARTMENT OF DEFENSE; PETE HEGSETH, in their official capacity as Secretary of Defense; U.S. DEPARTMENT OF VETERANS AFFAIRS; DOUGLAS COLLINS, in their official capacity as Secretary of Veterans Affairs; U.S. DEPARTMENT OF COMMERCE; HOWARD LUTNICK, in their official capacity as Secretary of Commerce; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JANET PETRO, in their official capacity as Acting Administrator of National Aeronautics and Space Administration; CORPORATION FOR NATIONAL AND COMMUNITY SERVICE; JENNIFER BASTRESS TAHMASEBI, in their official capacity as Interim Head of the Corporation for National and Community Service; U.S. SOCIAL SECURITY ADMINISTRATION; LELAND DUDEK, in their official capacity as Acting Commissioner of United States Social Security Administration; U.S. SMALL BUSINESS ADMINISTRATION; KELLY LOEFFLER, in their official capacity as Acting Administrator of U.S. Small Business Administration,

Defendants - Appellants.

## CORRECTED ORDER OF COURT[*]

Entered: August 5, 2025
Pursuant to 1st Cir. R. 27.0(d)

Movant Samuel R. Bagenstos's motion for leave to file an amicus brief in support of Appellees and motion for leave to file an appearance as counsel for amicus curiae are granted. The amicus brief tendered by Samuel R. Bagenstos on July 24, 2025, is non-compliant because the caption on the front cover of the brief does not match the caption used by the court and the cover of the brief does not indicate whether the brief supports affirmance or reversal. See Fed. R. App. P. 29(a)(4) and 32(a)(2)(C). A corrected amicus brief must be filed no later than **August 12, 2025**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Lauren S. Zurier, Eric Dean McArthur, Daniel Tenny, Brett Allen Shumate, Brian James Springer, Kevin Love Hubbard, Sean Janda, Rubin Young, Michael J. Myers, Rabia Muqaddam, Mark Stephen Grube, Molly Thomas-Jensen, Zoe Levine, Judith Vale, Christine Chuang, Marie Elizabeth Logan, Theodore McCombs, Laura L. Faer, Joshua Patashnik, Michael Louis Newman, Alex Hemmer, Kathryn M. Sabatini, Sarah Rice, Leonard Giarrano IV, Jeremy Feigenbaum,

---

[*] Corrected order entered to amend text of the order.

Angela Cai, Shankar Duraiswamy, David C. Kravitz, Katherine B. Dirks, Turner Smith, Anna Esther Lumelsky, Vanessa Arslanian, Nathaniel J. Hyman, Chris Pappavaselio, Joshua Bendor, Shannon Wells Stevenson, Jill Lacedonia, Michael Kenneth Skold, Vanessa L. Kassab, Ian R. Liston, Caroline S. Van Zile, David Dana Day, Kalikoonalani Diara Fernandes, Jason David Anton, Adam D. Kirschner, Julia Doyle, Neil Giovanatti, Linus Banghart-Linn, Elizabeth C. Kramer, Heidi Parry Stern, Daniel Paul Mosteller, Anjana Samant, Robert A. Koch, Jonathan T. Rose, Andrew R.W. Hughes, Leah Brown, Aaron Bibb, Arthur West, Freedom Cheteni, Cody R. Hart, Derrill J. Fussell, Anne Armstrong, Laura Crittenden Tipton, Steven Travis Mayo, Matthew F. Kuhn, Brianne J. Gorod, Jay Sekulow, Joseph S. Larisa Jr., Benjamin Paul Sisney, Brandon Scott Bell, Nathan Jeremiah Moelker, Olivia F. Summers, Alexander Hunt Haberbush, Christina Wentworth, Nikhel Sus, Samuel R. Bagenstos