# United States Court of Appeals
## For the First Circuit

Nos. 25-1236
     25-1413

STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF RHODE ISLAND; STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NORTH CAROLINA; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN, OFFICE OF THE GOVERNOR OF KENTUCKY, ex rel. ANDREW BESHEAR, in their official capacity as Governor of the Commonwealth of Kentucky,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; U.S. OFFICE OF MANAGEMENT AND BUDGET; RUSSELL THURLOW VOUGHT, in their official capacity as Director of the U.S. Office of Management and Budget; U.S. DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in their official capacity as Secretary of the Treasury; PATRICIA COLLINS, in their official capacity as Treasurer of the U.S.; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in their official capacity as Secretary of the Department of Health and Human Services; U.S. DEPARTMENT OF EDUCATION; LINDA MCMAHON, in their official capacity as Secretary of Education; U.S. FEDERAL EMERGENCY MANAGEMENT AGENCY; CAMERON HAMILTON, in their official capacity as Acting Administrator of the U.S. Federal Emergency Management Agency; U.S. DEPARTMENT OF TRANSPORTATION; SEAN P. DUFFY, in their official capacity as Secretary of Transportation; U.S. DEPARTMENT OF LABOR; LORI CHAVEZ-DEREMER, in their official capacity as Secretary of Labor; U.S. DEPARTMENT OF ENERGY; CHRISTOPHER ALLEN WRIGHT, in their official capacity as Secretary of the U.S. Department of Energy; U.S. ENVIRONMENTAL PROTECTION AGENCY; LEE M. ZELDIN, in their official capacity as Administrator of the U.S. Environmental Protection Agency; U.S. DEPARTMENT OF THE INTERIOR ; DOUGLAS BURGUM, in their official capacity as Secretary of the Interior; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in their official capacity as Attorney General; NATIONAL SCIENCE FOUNDATION; DR. SETHURAMAN PANCHANATHAN, in their official capacity as Director of the National Science Foundation; U.S. DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in their official capacity as

Secretary of Agriculture; U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT; SCOTT TURNER, in their official capacity as Secretary of Housing and Urban Development; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in their official capacities as Secretary of State and Acting Administrator of the United States Agency for International Development; US AGENCY FOR INTERNATIONAL DEVELOPMENT; U.S. DEPARTMENT OF DEFENSE; PETE HEGSETH, in their official capacity as Secretary of Defense; U.S. DEPARTMENT OF VETERANS AFFAIRS; DOUGLAS COLLINS, in their official capacity as Secretary of Veterans Affairs; U.S. DEPARTMENT OF COMMERCE; HOWARD LUTNICK, in their official capacity as Secretary of Commerce; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JANET PETRO, in their official capacity as Acting Administrator of National Aeronautics and Space Administration; CORPORATION FOR NATIONAL AND COMMUNITY SERVICE; JENNIFER BASTRESS TAHMASEBI, in their official capacity as Interim Head of the Corporation for National and Community Service; U.S. SOCIAL SECURITY ADMINISTRATION; LELAND DUDEK, in their official capacity as Acting Commissioner of United States Social Security Administration; U.S. SMALL BUSINESS ADMINISTRATION; KELLY LOEFFLER, in their official capacity as Acting Administrator of U.S. Small Business Administration,

Defendants - Appellants.

## ORDER OF COURT

Entered: August 5, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellants Scott Bessent, Pamela J. Bondi, Douglas J. Burgum, Lori Chavez-DeRemer, Douglas A. Collins, Patricia Collins, Corporation for National and Community Service, Leland Dudek, Sean Patrick Duffy, Federal Emergency Management Agency, Cameron Hamilton, Pete Hegseth, Robert F. Kennedy Jr., Kelly L. Loeffler, Howard Lutnick, Linda M. McMahon, Vince Micone, National Aeronautics and Space Administration, National Science Foundation, Kristi Noem, Sethuraman Panchanathan, Janet E. Petro, Brooke L. Rollins, Marco Rubio, Small Business Administration, Jennifer Bastress Tahmasebi, Donald J. Trump, Scott Turner, U.S. Environmental Protection Agency, US Agency for International Development, US Department of Defense, US Department of Education, US Department of Labor, US Department of State, US Dept of Agriculture, US Dept of Commerce, US Dept of Energy, US Dept of Housing & Urban Development, US Dept of Transportation, US Dept of the Interior, US Dept of the Treasury, US Dept. of Homeland Security, US Office of Management and Budget, US Social Security Administration, United States Department of Health and Human Services, United States Department of Justice, United States Department of Veterans Affairs, Russell Thurlow Vought, Christopher Allen Wright and Lee M. Zeldin to file a reply brief be enlarged to and including **August 22, 2025**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jason David Anton
Anne Armstrong
Vanessa Arslanian
Samuel R. Bagenstos
Linus Banghart-Linn
Brandon Scott Bell
Joshua Bendor
Aaron Bibb
Leah Brown
Angela Cai
Freedom Cheteni
Christine Chuang
David Dana Day
Katherine B. Dirks
Julia Doyle
Shankar Duraiswamy
Laura L. Faer
Jeremy Feigenbaum
Kalikoonalani Diara Fernandes
Derrill J. Fussell
Leonard Giarrano IV
Neil Giovanatti
Brianne J. Gorod
Mark Stephen Grube
Alexander Hunt Haberbush
Cody R. Hart
Alex Hemmer
Kevin Love Hubbard
Andrew R.W. Hughes
Nathaniel J. Hyman
Sean Janda
Vanessa L. Kassab
Adam D. Kirschner
Robert A. Koch
Elizabeth C. Kramer
David C. Kravitz
Matthew F. Kuhn
Jill Lacedonia
Joseph S. Larisa Jr.

Zoe Levine
Ian R. Liston
Marie Elizabeth Logan
Anna Esther Lumelsky
Steven Travis Mayo
Eric Dean McArthur
Theodore McCombs
Nathan Jeremiah Moelker
Daniel Paul Mosteller
Rabia Muqaddam
Michael J. Myers
Michael Louis Newman
Chris Pappavaselio
Joshua Patashnik
Sarah Rice
Jonathan T. Rose
Kathryn M. Sabatini
Anjana Samant
Jay Sekulow
Brett Allen Shumate
Benjamin Paul Sisney
Michael Kenneth Skold
Turner Smith
Brian James Springer
Heidi Parry Stern
Shannon Wells Stevenson
Olivia F. Summers
Nikhel Sus
Daniel Tenny
Molly Thomas-Jensen
Laura Crittenden Tipton
Judith Vale
Caroline S. Van Zile
Christina Wentworth
Arthur West
Rubin Young
Lauren S. Zurier