No. 25-1236, 25-1413

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

STATE OF NEW YORK, *et al*.,

*Plaintiffs - Appellees*,

v.

DONALD J. TRUMP, *et al*.,

*Defendants-Appellants*.

On Appeal from the United States District Court for the District of Rhode Island

### MOTION TO FILE NOTICE OF APPEARANCE AS COUNSEL FOR PROPOSED *AMICUS CURIAE* U.S. CONFERENCE OF MAYORS

Vincent M. Nolette
 SABIN CENTER FOR CLIMATE CHANGE
 LAW COLUMBIA LAW SCHOOL
435 W. 116th St.
New York, NY 10027
(402) 320-4210
vmn2106@columbia.edu

DATED: August 11, 2025        *Counsel for Amicus Curiae*

---

    Pursuant to Local Rule 12.0(a), Vincent M. Nolette moves to file the attached notice of appearance as counsel for *amicus curiae* U.S. Conference of Mayors in support of Appellees in this matter. In support of this motion, the undersigned counsel states as follows:

1. Pursuant to this Court's Local Rule 12.0(a), "in no event may any attorney file a notice of appearance without leave of court after the appellee brief has been filed."

i

2. Appellees filed their brief on July 18, 2025.

3. Pursuant to Fed. R. App. P. 29(a)(6), "[a]n *amicus curiae* must file its brief accompanied by a motion for filing when necessary, no later than 7 days after the principal brief of the party being supported is filed."

4. The undersigned counsel filed a timely motion for leave to file an *amicus curiae* brief on July 25, on the consent of all parties, in support of Appellees. The *amicus* is the U.S. Conference of Mayors, identified in the motion for leave to file an *amicus curiae* brief and in the Appendix attached hereto.

For the foregoing reasons, the court should grant the motion to file the attached notice of appearance in this matter.

Respectfully Submitted,

/s/ Vincent M. Nolette
VINCENT M. NOLETTE
  *Counsel of Record*
SABIN CENTER FOR CLIMATE CHANGE LAW
COLUMBIA LAW SCHOOL
435 West 116th Street
New York, NY 10027
(402) 320-4210
vmn2106@columbia.edu

*Counsel for Amicus Curiae*

# APPENDIX

*Amicus Curiae* U.S. Conference of Mayors (USCM), founded in 1932, is the official nonpartisan organization of the more than 1,400 U.S. cities that are home to 30,000 people or more. USCM provides assistance to local governments for climate mitigation and adaption. USCM represents the interests of local governments, advocating on behalf of their members' interests in a number of national and sub-national forums, including Congress, regulatory agencies, state governments, and the courts. To that end, USCM regularly participates as an *amicus* in cases, such as this one, that will significantly impact local governments across the country.

# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1236, 25-1413     **Short Title:** State of New York v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

U.S. Conference of Mayors  as the

[ ] appellant(s)     [ ] appellee(s)     [✓] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

/s/ Vincent M. Nolette
Signature

8/11/2025
Date

Vincent M. Nolette
Name

Sabin Center for Climate Change Law
Firm Name (if applicable)

(402) 320-4210
Telephone Number

435 W 116th St
Address

Fax Number

New York, New York 10027
City, State, Zip Code

vmn2106@columbia.edu
Email (required)

Court of Appeals Bar Number: 1218762

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes     Court of Appeals No. 25-1138

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.**  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).