

OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

KWAME RAOUL
ATTORNEY GENERAL

August 19, 2025

Ms. Anastasia Dubrovsky
Clerk of Court
United States Court of Appeals
  for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

    Re:   *New York v. Trump*, Nos. 25-1236, 25-1413

Dear Ms. Dubrovsky:

    I am counsel of record for the State of Illinois in this case and anticipate presenting oral argument on behalf of plaintiffs-appellees. The Court has not yet scheduled oral argument. The U.S. Supreme Court has now scheduled oral argument in *Bost v. Illinois State Board of Elections*, No. 24-568 (U.S.), in which I represent respondents, for October 8, 2025. Accordingly, I write to ask that oral argument not be scheduled in this case between October 6-9, 2025. I would be available to present argument on any date in September 2025 or on October 10, 2025.

    Thank you for considering this request.

500 South 2nd Street
Springfield, Illinois 62701
(217) 782-1090 • Fax: (217) 782-7046

115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-3000 • Fax: (312) 814-3806

1745 Innovation Drive, Suite C
Carbondale, Illinois 62903
(618) 529-6400 • Fax: (618) 529-6416

Individuals with hearing or speech disabilities can reach us by using the 7-1-1 relay service.

www.IllinoisAttorneyGeneral.gov

Sincerely,

/s/ Alex Hemmer
Alex Hemmer
Deputy Solicitor General

*Counsel for the State of Illinois*